## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

VIVIAN CRUTCHFIELD,

              Plaintiff,

   v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

              Defendant.

Civil Action No: 5:19-cv-11-TBR

### JOINT NOTICE OF SETTLEMENT AND REQUEST
### FOR STAY OF ALL PENDING DEADLINES

Plaintiff, Vivian Crutchfield, and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through the undersigned counsel, submit this joint notice of settlement and request for a stay of all pending deadlines, and state the following:

1.      On May 30, 2019, the parties reached a settlement in principle.

2.      As a result of reaching this settlement in principle, the parties request 30 days to finalize the form and content of the final settlement agreement. At or before the end of that 30-day time period, the parties intend to file with the Court formal documentation terminating this action.

3.      The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until June 28, 2019.

**DATED: June 3, 2019**

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


By: /s/ *Julie M. Kamps*
    One of Its Attorneys


Amanda A. Sonneborn (*pro hac vice*)
Julie M. Kamps (*pro hac vice*)
SEYFARTH SHAW LLP - Chicago
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5873
Fax: 312-460-7873
Email: asonneboran@seyfarth.com
Email: jkamps@seyfarth.com

Phillip L. Monhollen
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 Shelbyville Road
Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
E-mail: phillip.monhollen@qpwblaw.com

- 2 -

CODY ALLISON & ASSOCIATES, PLLC


By:/s/ *K. Cody Allison*
    One of its Attorneys

K. Cody Allison
CODY ALLISON & ASSOCIATES, PLLC
Parkway Towers
404 James Robertson Pkwy, Suite #1623
Nashville, TN 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com

57230290v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a true and correct copy of the foregoing JOINT

NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL PENDING DEADLINES

to be served upon the following, using the Court's ECF filing system on this 3rd day of June,

2019:

> K. Cody Allison
> CODY ALLISON & ASSOCIATES, PLLC
> Parkway Towers
> 404 James Robertson Pkwy, Suite #1623
> Nashville, TN 37219
> Telephone: (615) 234-6000
> Facsimile: (615) 727-0175
> cody@codyallison.com

> By: /s/ *Julie M. Kamps*_____
> Attorney for Defendant