## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| VIVIAN CRUTCHFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No: 5:19-cv-11-TBR |

### JOINT STATUS REPORT ON SETTLEMENT

Plaintiff Vivian Crutchfield and Defendant The Prudential Insurance Company of America ("Prudential"), by and through undersigned counsel, and pursuant to the Court's Order of June 5, 2019 [Docket Entry #16], submit this joint status report on settlement and continue their request for a stay of all pending deadlines, stating as follows:

1. On May 30, 2019, the parties reached a settlement in principle.

2. After reaching this settlement in principle, the parties have been working diligently to finalize the appropriate releases and other documentation for the settlement. Those steps are not yet complete; however, the parties do anticipate finalizing the settlement within the next 14 days, at which time the parties intend to file with the Court formal papers jointly dismissing this matter in its entirety, with prejudice.

3. The parties further request that all deadlines in this action be stayed pending the filing of said Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this status report on settlement and request this Court to enter an Order continuing the stay of stay all deadlines and hearings through July 12, 2019.

DATED: June 28, 2019					Respectfully Submitted,


							PLAINTIFF, VIVIAN CRUTCHFIELD

							By:/s/ *K. Cody Allison*
							     One of its Attorneys
							     *Ky. Bar No. 97985*

							K. Cody Allison, Esq.
							CODY ALLISON & ASSOCIATES, PLLC
							Parkway Towers
							404 James Robertson Pkwy, Suite #1623
							Nashville, TN 37219
							Telephone: (615) 234-6000
							Facsimile: (615) 727-0175
							cody@codyallison.com


							DEFENDANT, THE PRUDENTIAL
							INSURANCE
							COMPANY OF AMERICA

							By: /s/ *Julie M. Kamps (with permission)*
							One of Its Attorneys


							Julie M. Kamps, Esq. (*pro hac vice*)
							SEYFARTH SHAW LLP - Chicago
							233 South Wacker Drive, Suite 8000
							Chicago, IL 60606-6448
							312-460-5873
							Fax: 312-460-7873
							Email: jkamps@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing JOINT STATUS REPORT ON SETTLEMENT to be served upon the following, using the Court's ECF filing system on this <u>28th</u> day of June, 2019:

Julie M. Kamps, Esq.
SEYFARTH SHAW LLP - Chicago
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5873
Fax: 312-460-7873
jkamps@seyfarth.com

                                                       By: <u>/s/ *K. Cody Allison*</u>
                                                             Attorney for Plaintiff